Probation Form No. 35
(1/92)

Report and Order Terminating Probation /Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

      v.                                            Crim. No. 07-CR-109-01-SM

Gary Powers

On September 16, 2008 the above named was placed on Probation for a period of 2 years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Gary Powers be discharged from Probation.

Respectfully submitted,

Karin M. Hess
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this  05  day of  October , 20 09 .

/s/ Steven J. McAuliffe

Steven J. McAuliffe
Chief U.S. District Judge